| | |
|---|---|
| Tharan Gregory Lanier (State Bar No. 138784) tglanier@jonesday.com | Daniel J. Bergeson (State Bar No. 105439) dbergeson@be-law.com |
| Gregory L. Lippetz (State Bar No. 154228) glippetz@jonesday.com | Melinda M. Morton (State Bar No. 209373) mmorton@be-law.com |
| Joe C. Liu (State Bar No. 237356) jcliu@jonesday.com | Colin G. McCarthy (State Bar No. 191410) cmccarthy@be-law.com |
| Peter D. Nestor (State Bar No. 262253) pnestor@jonesday.com | BERGESON, LLP 303 Almaden Boulevard, Suite 500 |
| JONES DAY 1755 Embarcadero Road Palo Alto, CA  94303 Telephone:    650-739-3939 Facsimile:     650-739-3900 | San Jose, CA 95110-2712 Telephone:    408-291-6200 Facsimile:     408-297-6000 |
| Attorneys for Plaintiff/Counterdefendant SANDISK CORPORATION | Attorneys for Defendant/Counterclaimant LSI CORPORATION and Counterclaimant AGERE SYSTEMS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION, <br><br> Defendant. | Case No.  C 09-02737 WHA <br><br> ~~PROPOSED~~ **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** <br><br> JUDGE:             Hon. William Alsup <br> DATE FILED:   June 19, 2009 <br> Trial:                   November 8, 2010 |
| LSI CORPORATION AND AGERE SYSTEMS INC., <br><br> Counteclaimants <br><br> v. <br><br> SANDISK CORPORATION <br><br> Counterdefendant. | |

~~PROPOSED~~ ORDER RE SCHEDULE
FOR CLAIM CONSTRUCTION
Case No. C 09-02737 WHA

The parties hereby agree to the following proposed schedule regarding claim construction:

1. Last date for parties to exchange Proposed Terms and Claim Elements for Construction shall be **December 4, 2009**.

2. Last date for parties to exchange Proposed Claim Constructions and provide preliminary identification of extrinsic evidence shall be **December 18, 2009.**

3. Last date for parties to file Joint Claim Construction and Pre-hearing Statement shall be **January 6, 2010**.

4. Last date to take discovery relating to claim construction shall be **January 15, 2010**.

5. Last date for LSI and Agere to file its Opening Claim Construction Brief and supporting evidence shall be **January 25, 2010**.

6. Last date for SanDisk to file its Responsive Claim Construction Brief and supporting evidence shall be **February 10, 2010**.

7. Last date for LSI and Agere to file its Reply Claim Construction Brief and rebuttal evidence shall be **February 18, 2010**.

Dated: September 30, 2009            Respectfully submitted,

                                     JONES DAY

                                     By: /s/ *Gregory L. Lippetz*
                                         Gregory L. Lippetz

                                     Counsel for Plaintiff/Counterdefendant
                                     SANDISK CORPORATION

Dated: September 30, 2009            Respectfully submitted,

                                     BERGESON LLP

                                     By: /s/ *Melinda M. Morton*
                                         Melinda M. Morton

                                     Counsel for Defendant/Counterclaimant
                                     LSI CORPORATION and Counterclaimant
                                     AGERE SYSTEMS INC.

~~PROPOSED~~ ORDER RE SCHEDULE
                                                     FOR CLAIM CONSTRUCTION
                                                       Case No. C 09-02737 WHA

1  The Proposed Order regarding Claim Construction is hereby adopted by the Court
2  as the Order regarding Claim Construction for the case and the parties are ordered to
3  comply with this Order.
4
5  IT IS SO ORDERED.
6
7
8  Dated: October 6, 2009          By _____
9                                  THE HONORABLE WILLIAM ALSUP
                                   United States District Judge
10                                 Northern District of California

*IT IS SO ORDERED / Judge William Alsup*

- 2 -

~~PROPOSED~~ ORDER RE SCHEDULE
FOR CLAIM CONSTRUCTION
Case No. C 09-02737 WHA