IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION,

    Plaintiff,

v.

LSI CORPORATION,

    Defendant.
                              /

AND RELATED COUNTERCLAIM.
                              /

No. C 09-02737 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    A further meet-and-confer is **SET** for **NOVEMBER 30, 2009, FROM 8:30–11:30 A.M.** in the Attorney Lounge on the eighteenth floor of the federal courthouse. At **11:30 A.M.** on that same day, the Court will hold a hearing to resolve any remaining disputed issue(s) in Courtroom No. 9. Defendant's response is due by 10:00 a.m. on November 25, 2009. Please note only those attorneys who participate in the further meet-and-confer may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: November 19, 2009.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE