IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>LSI CORPORATION,<br><br>        Defendant.<br>                               /<br>AND RELATED COUNTERCLAIM.<br>                               / | No. C 09-02737 WHA<br><br>**ORDER REQUESTING AMENDMENT TO DISCOVERY DISPUTE LETTER (DKT. 58)** |

Plaintiff's discovery dispute letter (Dkt. 58) references "harsh accusations" of infringement made to plaintiff's customers by defendant. To allow the Court to properly consider the content of these alleged accusations, plaintiff is ordered to supplement their letter with any and all copies of correspondence containing these alleged accusations of infringement by **WEDNESDAY, NOVEMBER 25, 2009**. Plaintiff may *not* elaborate on arguments already made in their letter brief.

**IT IS SO ORDERED.**

Dated: November 20, 2009.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE