IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>LSI CORPORATION,<br><br>        Defendant.<br>_____ / | No. C 09-02737 WHA<br><br>**ORDER REGARDING DISCOVERY DISPUTE OVER PATENT LOCAL RULES** |

Pursuant to the hearing held on November 30, 2009, addressing the discovery dispute between plaintiff and defendant over the sufficiency of defendant's preliminary infringement contentions under the patent local rules, IT IS HEREBY ORDERED:

1. Plaintiff SanDisk Corporation shall comply with its document production obligations under Patent L.R. 3-4(a) by **DECEMBER 1, 2009**. The Court expects any source code disclosed by SanDisk under this obligation to be provided in the most intelligible format possible.

2. Defendant LSI Corporation shall serve on plaintiff a revised version of their disclosures under Patent L.R. 3-1 by **DECEMBER 31, 2009**. These revised filings must incorporate any and all details relevant to LSI's claims of infringement that can be gleaned from the source code disclosed by plaintiff.

3.  LSI shall immediately set aside for later inspection, electronically or by the most effective means possible, the full scope of its knowledge regarding SanDisk's accused products (1) at the time LSI first sent warning letters to SanDisk's customers regarding potential infringement by the accused products, and (2) at the time they filed their counterclaims of infringement in this action.  Failure by LSI to preserve this information and clearly denote what and when they knew about the accused products will be resolved by the Court *against* LSI.

**IT IS SO ORDERED.**

Dated:  December 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE