1   Tharan Gregory Lanier (State Bar No. 138784)      Daniel J. Bergeson (State Bar No. 105439)
    tglanier@jonesday.com                             dbergeson@be-law.com
2   Gregory L. Lippetz (State Bar No. 154228)         Melinda M. Morton (State Bar No. 209373)
    glippetz@jonesday.com                             mmorton@be-law.com
3   Daniel H. Mao  (State Bar No. 221539)             Colin G. McCarthy (State Bar No. 191410)
    dhmao@jonesday.com                                cmccarthy@be-law.com
4   Joe C. Liu (State Bar No. 237356)                 BERGESON, LLP
    jcliu@jonesday.com                                303 Almaden Boulevard, Suite 500
5   Peter D. Nestor (State Bar No. 262253)            San Jose, CA 95110-2712
    pnestor@jonesday.com                              Telephone:    408-291-6200
6   JONES DAY                                         Facsimile:    408-297-6000
    1755 Embarcadero Road
7   Palo Alto, CA  94303                              Attorneys for Defendant/Counterclaimant
    Telephone:    650-739-3939                        LSI CORPORATION and Counterclaimant
8   Facsimile:    650-739-3900                        AGERE SYSTEMS INC.

9   Attorneys for Plaintiff/Counterdefendant
    SANDISK CORPORATION
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14   **SANDISK CORPORATION,**                          Case No. C09-02737 WHA

15              **Plaintiff,**                          **STIPULATION TO EXTEND DEADLINE
                                                        FOR MEDIATION UNDER ADR L.R. 6-5**
16       **v.**                                         **AND CIVIL L.R. 7 AND [PROPOSED]
                                                        ORDER WITH MODIFICATIONS**
17   **LSI CORPORATION,**

18              **Defendant.**                          Judge:  Hon. William Alsup
                                                        Courtroom 9, 19th Floor
19
                                                        Date Filed: June 19, 2009
20                                                      Trial Date: November 8, 2010

21

22   **LSI CORPORATION AND AGERE
     SYSTEMS INC.,**
23
                **Counterclaimants,**
24
         **v.**
25
     **SANDISK CORPORATION,**
26
                **Counterdefendant.**
27

28

1    Pursuant to ADR L.R. 6-5 and Civil L.R. 7, Plaintiff-Counterdefendant SanDisk

2    Corporation ("SanDisk") and Defendant-Counterplaintiff LSI Corporation and Counterplaintiff

3    Agere Systems, Inc. (collectively, "LSI"), through their respective counsel, hereby make the

4    following Stipulation with regard to the deadline for the parties to complete Mediation.

5    WHEREAS, on September 25, 2009, this Court issued the "Case Management Order and

6    Reference to ADR Unit for Mediation" (Dkt. No. 52) referring this case to the ADR Unit for

7    Mediation. Under ADR L.R. 6-4(b), the Mediation must occur within 90 days after entry of the

8    order referring the case to Mediation, which in this case is December 23, 2009.

9    WHEREAS, on October 5, 2009, the ADR Unit appointed Richard H. Abramson as

10   Mediator (Dkt. No. 54).

11   WHEREAS, on November 3, 2009, Mr. Abramson contacted the parties via letter

12   requesting that the parties schedule the Mediation for a date in January, 2010, or the first half of

13   February, 2010.

14   WHEREAS, on November 6, 2009, pursuant to ADR L.R. 6-6, Mr. Abramson scheduled

15   a pre-Mediation telephone conference for December 9, 2009.

16   WHEREAS, this Stipulation will not affect the case schedule.

17

18   **THE PARTIES HEREBY STIPULATE THAT:**

19   The Mediation shall occur no later than February 26, 2010.

20

21   Dated: December 7, 2009                    JONES DAY

22

23                                             By:  /s/ *Joe C. Liu*

24                                                  Joe C. Liu

25                                             Attorneys for Plaintiff
                                               SANDISK CORPORATION

26

27

28

- 1 -                    STIPULATION TO EXTEND MEDIATION
                         Case No. C 09-02737 WHA

1     In accordance with General Order No. 45, Section X(B), the above signatory attests that

2     concurrence in the filing of this document has been obtained from the signatory below.

3

4     Dated: December 7, 2009                    BERGESON LLP

5

6                                                By:   /s/ *Melinda M. Morton*
                                                       Melinda M. Morton
7
                                                Attorneys for LSI CORPORATION AND
8                                               AGERE SYSTEMS INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    - 2 -            STIPULATION TO EXTEND MEDIATION
                                                     Case No. C 09-02737 WHA

1

**[PROPOSED] ORDER**

2      Pursuant to the Stipulation above, the Court hereby extends the deadline for the Mediation

3   to occur no later than February 26, 2010.

4      **The parties are reminded** that the mediation deadline extension will have no effect

5   on any other dates set forth in the case management order, and that settlement negotiations are

6   never a sufficient basis to postpone trial dates.  The parties *must* prepare for trial.

7

8   Dated:___December 7, 2009.___          By_____

9                                          THE HONORABLE WILLIAM ALSUP

10                                         United States District Judge

11                                         Northern District



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND MEDIATION
                                         Case No. C 09-02737 WHA