| | |
|---|---|
| Tharan Gregory Lanier (State Bar No. 138784) | Bruce S. Sostek (pro hac vice) |
| tglanier@jonesday.com | bruce.sostek@tklaw.com |
| Gregory L. Lippetz (State Bar No. 154228) | Jane Politz Brandt (pro hac vice) |
| glippetz@jonesday.com | jane.brandt@tklaw.com |
| Daniel H. Mao (State Bar No. 221539) | Herbert J. Hammond (pro hac vice) |
| dhmao@jonesday.com | herbert.hammond@tklaw.com |
| Joe C. Liu (State Bar No. 237356) | Max Ciccarelli (pro hac vice) |
| jcliu@jonesday.com | max.ciccarelli@tklaw.com |
| Peter D. Nestor (State Bar No. 262253) | Richard L. Wynne, Jr. (pro hac vice) |
| pnestor@jonesday.com | richard.wynne@tklaw.com |
| JONES DAY | THOMPSON & KNIGHT LLP |
| 1755 Embarcadero Road | 1722 Routh St., Suite 1500 |
| Palo Alto, CA  94303 | Dallas, Texas 75201 |
| Telephone:     650-739-3939 | Telephone: (214) 969-1700 |
| Facsimile:     650-739-3900 | Facsimile:   (214) 959-1751 |

Attorneys for Plaintiff/Counterdefendant
SANDISK CORPORATION

Attorneys for Defendant/Counterclaimant
LSI CORPORATION and Counterclaimant
AGERE SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SANDISK CORPORATION,** | Case No. C09-02737 WHA |
| **Plaintiff,** | **STIPULATED REQUEST TO CONTINUE CLAIM CONSTRUCTION TUTORIAL AND [PROPOSED] ORDER** |
| v. | |
| **LSI CORPORATION,** | Judge:  Hon. William Alsup |
| **Defendant.** | Courtroom 9, 19th Floor |
| | Date Filed: June 19, 2009 |
| | Trial Date: November 8, 2010 |
| **LSI CORPORATION AND AGERE SYSTEMS INC.,** | |
| **Counterclaimants,** | |
| v. | |
| **SANDISK CORPORATION,** | |
| **Counterdefendant.** | |

1   Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff-Counterdefendant SanDisk
2   Corporation ("SanDisk") and Defendant-Counterplaintiff LSI Corporation and Counterplaintiff
3   Agere Systems, Inc. (collectively, "LSI"), through their respective counsel, hereby make the
4   following Stipulated Request for an Order to change the scheduling of the Court's Claim
5   Construction Tutorial.

6   WHEREAS, on September 25, 2009, the Court issued the "Case Management Order and
7   Reference to ADR Unit for Mediation" (Dkt. No. 52) scheduling February 25, 2010 at 1:30 p.m.
8   as the date and time for the Court's Claim Construction Tutorial and March 11, 2010 at 1:30 p.m.
9   as the date and time for the Claim Construction Hearing.

10   WHEREAS, Jones Day, the firm representing SanDisk, will be conducting its firm-wide
11   partnership meeting on February 25-28, 2010 in Florida.  The partnership meeting is held only
12   once every two years, and includes the more than 700 world-wide partners of the firm.  While the
13   meeting was originally scheduled to begin on February 26, 2010, lead counsels for SanDisk,
14   Tharan Gregory Lanier and Gregory L. Lippetz, learned for the first time on October 26, 2009,
15   that they were required to attend meetings scheduled for February 25, 2010, the same day as the
16   tutorial.

17   WHEREAS, LSI's counsel does not object to the rescheduling of the Court's Claim
18   Construction Tutorial.

19   WHEREAS, subject to the Court's availability, SanDisk and LSI propose the following
20   alternative dates that the parties are available to attend the Claim Construction Tutorial:  Monday,
21   March 1, Tuesday, March 2, Wednesday, March 3.  Lead counsel for LSI is unavailable on
22   Thursday, March 4.

23   WHEREAS, this Stipulation will not affect other dates in the case schedule, including the
24   Claim Construction hearing that is scheduled for March 11, 2010.

25

26   **THE PARTIES HEREBY STIPULATE AND PROPOSE THAT:**

27   The Court's Claim Construction Tutorial shall be continued to March 1st, 2nd, or 3rd,
28   2010.

- 1 -   STIPULATED REQUEST TO CONTINUE
CLAIM CONSTRUCTION TUTORIAL
Case No. C 09-02737 WHA

1 | Dated: January 25, 2010

JONES DAY

By: */s/ Joe C. Liu*
    Joe C. Liu

Attorneys for Plaintiff
SANDISK CORPORATION

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: January 25, 2010

THOMPSON & KNIGHT LLP

By: /s/ Jane Politz Brandt
    Jane Politz Brandt

Attorneys for LSI CORPORATION AND AGERE SYSTEMS INC.

- 2 -

STIPULATED REQUEST TO CONTINUE
CLAIM CONSTRUCTION TUTORIAL
Case No. C 09-02737 WHA

1 **[PROPOSED] ORDER**

2    Pursuant to the Stipulation above, the Court hereby continues the Claim Construction
3 Tutorial to **1:30 P.M. ON MARCH 3, 2010.**

5 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

9 Dated:__January 26, 2010.__                By_____
10                                           THE HONORABLE
                                             United States District
11                                           Northern District

*IT IS SO ORDERED*
*Judge William Alsup*

28 SVI-76570v1

- 3 -                STIPULATED REQUEST TO CONTINUE
                     CLAIM CONSTRUCTION TUTORIAL
                     Case No. C 09-02737 WHA