Tharan Gregory Lanier (State Bar No. 138784)
tglanier@jonesday.com
Gregory L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Daniel H. Mao (State Bar No. 221539)
dhmao@jonesday.com
Joe C. Liu (State Bar No. 237356)
jcliu@jonesday.com
Peter D. Nestor (State Bar No. 262253)
pnestor@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    650-739-3939
Facsimile:     650-739-3900

Attorneys for Plaintiff/Counterdefendant
SANDISK CORPORATION

Bruce S. Sostek (pro hac vice)
(bruce.sostek@tklaw.com)
Jane Politz Brandt  (pro hac vice)
(jane.brandt@tklaw.com)
Herbert J. Hammond (pro hac vice)
(herbert.hammond@tklaw.com
Max Ciccarelli (pro hac vice)
max.ciccarelli@tklaw.com
Richard L. Wynne, Jr. (pro hac vice)
richard.wynne@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh St., Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile:   (214) 959-1751

Attorneys for Defendant/Counterclaimant
LSI CORPORATION and Counterclaimant
AGERE SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LSI CORPORATION,<br><br>    Defendant.<br><br>LSI CORPORATION AND AGERE SYSTEMS INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>SANDISK CORPORATION,<br><br>    Counterdefendant. | Case No. C09-02737 WHA<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE FOR SUBMITTING RULE 706 EXPERTS PURSUANT TO COURT'S DECEMBER 1 AND JANUARY 25 ORDERS AND [PROPOSED] ORDER**<br><br>Judge:  Hon. William Alsup<br>Courtroom 9, 19th Floor<br><br>Date Filed: June 19, 2009<br>Trial Date: November 8, 2010 |

1    Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff-Counterdefendant SanDisk Corporation ("SanDisk") and Defendant-Counterplaintiff LSI Corporation and Counterplaintiff Agere Systems Inc. (collectively "LSI"), through their respective counsel, hereby make the following Joint Stipulated Request for an Order to extend the deadline for the parties to submit proposed Rule 706 candidates pursuant to the Court's December 1, 2009 and January 24, 2010 Orders.

On December 1, 2009 the Court issued the "Order Regarding Rule 706 Expert" (Dkt. No. 65) requiring the parties to submit two proposed Rule 706 candidates by January 22, 2010. On January 22, 2010 the parties submitted two proposed candidates. On January 25, 2010 the Court issued the "Supplemental Order Regarding Rule 706 Expert" (Dkt. No. 75), in which the Court clarified the type of candidates that it was seeking.

Although the parties have been working diligently to identify qualified Rule 706 experts from this district, they have been unable to complete their search for and vetting of appropriate candidates. The parties have faced a multitude of obstacles, including the limited number of qualified experts in this district, the limited availability of some candidates, and the fact that some candidates have been less responsive than the parties had hoped.

Accordingly, the parties are seeking seven (7) additional business days to Friday, February 12, 2010, within which to identify, vet, and submit two qualified candidates.

This Stipulation will not affect other dates in the case schedule, including the Tutorial scheduled for March 3, 2010 or the Claim Construction hearing that is scheduled for March 11, 2010.

**THE PARTIES HEREBY JOINTLY STIPULATE AND PROPOSE THAT:**

The deadline for submitting proposed Rule 706 experts be extended to February 12, 2010.

- 1 -    STIPULATED REQUEST TO EXTEND DEADLINE FOR SUBMITTING RULE 706 EXPERTS - Case No Case No. C 09-02737 WHA.

1  Dated: February 2, 2010                    JONES DAY

2

3                                             By: */s/ Joe C. Liu*
                                                  Joe C. Liu
4
                                              Attorneys for Plaintiff
5                                             SANDISK CORPORATION

6

7       In accordance with General Order No. 45, Section X(B), the above signatory attests that

8  concurrence in the filing of this document has been obtained from the signatory below.

9  Dated: February 2, 2010                    THOMPSON & KNIGHT LLP

10

11                                            By: */s/ Max Ciccarelli*
                                                  Max Ciccarelli
12
                                              Attorneys for LSI CORPORATION AND
13                                            AGERE SYSTEMS INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                           STIPULATED REQUEST TO EXTEND
                                                           DEADLINE FOR SUBMITTING RULE 706
                                              - 2 -        EXPERTS - Case No Case No. C 09-02737 WHA.

1 **[PROPOSED] ORDER**

2 Pursuant to the Stipulation above, the Court hereby extends the deadline for the parties to submit the names of two qualified Rule 706 experts to ~~5:00 p.m.~~ **noon** on February 12, 2010.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: February 3, 2010.

By_____
THE HONORABLE WILLIAM ALSUP
United States District Judge
Northern District of California

SVI-77323v1