| | |
|---|---|
| Tharan Gregory Lanier (State Bar No. 138784) | Bruce S. Sostek (pro hac vice) |
| tglanier@jonesday.com | (bruce.sostek@tklaw.com) |
| Gregory L. Lippetz (State Bar No. 154228) | Jane Politz Brandt (pro hac vice) |
| glippetz@jonesday.com | (jane.brandt@tklaw.com) |
| Daniel H. Mao (State Bar No. 221539) | Herbert J. Hammond (pro hac vice) |
| dhmao@jonesday.com | (herbert.hammond@tklaw.com |
| Joe C. Liu (State Bar No. 237356) | Max Ciccarelli (pro hac vice) |
| jcliu@jonesday.com | max.ciccarelli@tklaw.com |
| Peter D. Nestor (State Bar No. 262253) | Richard L. Wynne, Jr. (pro hac vice) |
| pnestor@jonesday.com | richard.wynne@tklaw.com |
| JONES DAY | THOMPSON & KNIGHT LLP |
| 1755 Embarcadero Road | 1722 Routh St., Suite 1500 |
| Palo Alto, CA 94303 | Dallas, Texas 75201 |
| Telephone: 650-739-3939 | Telephone: (214) 969-1700 |
| Facsimile: 650-739-3900 | Facsimile: (214) 959-1751 |

Attorneys for Plaintiff/Counterdefendant
SANDISK CORPORATION

Attorneys for Defendant/Counterclaimant
LSI CORPORATION and Counterclaimant
AGERE SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>      **Plaintiff,**<br><br>    v.<br><br>LSI CORPORATION,<br><br>      **Defendant.** | Case No. C09-02737 WHA<br><br>**STIPULATED REQUEST FOR AN ORDER TO MODIFY HEARING DATE ON SANDISK'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>Date: March 18, 2010<br>Time: 8:00 a.m.<br>Judge: Hon. William Alsup<br>Courtroom 9, 19th Floor |
| **LSI CORPORATION AND AGERE SYSTEMS INC.,**<br><br>      **Counterclaimants,**<br><br>    v.<br><br>**SANDISK CORPORATION,**<br><br>      **Counterdefendant.** | |

1  Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Defendant-Counterplaintiff LSI
2  Corporation and Counterplaintiff Agere Systems Inc. (collectively "LSI") and Plaintiff-
3  Counterdefendant SanDisk Corporation ("SanDisk"), through their respective counsel, hereby
4  make the following Joint Stipulated Request for an Order to Modify Hearing Date on SanDisk's
5  Motion for Leave to File First Amended Complaint.

6  On February 11, 2010, SanDisk filed its Notice of Motion and Motion for Leave to File
7  First Amended Complaint ("Motion for Leave") (Dkt. No. 83).   Pursuant to the Notice of
8  Motion, the hearing on SanDisk's Motion for Leave is currently scheduled for March 18, 2010 at
9  8:00 a.m., or as soon thereafter as the matter may be heard before the Court.

10  Counsel for LSI, including lead counsel, however, have previous personal commitments
11  on March 18.  Spring Break for many of the schools in Dallas, Texas, where lead counsel for LSI
12  is located, is being held the week of March 15-19, 2010. Lead counsel for LSI, as well as most of
13  the other attorneys at Thompson & Knight LLP working on this case, made previous plans to be
14  out of town on pre-paid family vacations, or are otherwise engaged with their families during this
15  period of time.

16  Counsel for SanDisk does not object to the rescheduling of the hearing on SanDisk's
17  Motion for Leave to File First Amended Complaint.

18  Accordingly, the parties are seeking to modify the date on which the hearing on SanDisk's
19  Motion for Leave is scheduled.

20  This Stipulation will not affect other dates in the case schedule.

21

22  **THE PARTIES HEREBY JOINTLY STIPULATE AND PROPOSE THAT:**

23  The hearing on SanDisk Corporation's Motion for Leave to File First Amended
24  Complaint be rescheduled from March 18, 2010 at 8:00 a.m. to March 25, 2010 at 8:00 a.m. or as
25  soon thereafter as the matter may be heard before the Court.

26

27

28

- 1 -

Case No. C 09-02737 WHA

Dated: February 19, 2010                    THOMPSON & KNIGHT LLP


                                            By: /s/ Jane Politz Brandt  w/ permission
                                                    Jane Politz Brandt

                                            Attorneys for LSI CORPORATION AND
                                            AGERE SYSTEMS INC.

     In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: February 19, 2010                    JONES DAY


                                            By: /s/  Joe C. Liu  w/ permission
                                                    Joe C. Liu

                                            Attorneys for Plaintiff
                                            SANDISK CORPORATION

1

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the Court hereby reschedules the hearing on SanDisk's Motion for Leave to File First Amended Complaint from March 18, 2010 at 8:00 a.m. to March 25, 2010 at 8:00 a.m.  Please do not seek additional continuances.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: February 22, 2010.

By: _____
THE HONORABLE WILLIAM ALSUP
United States District Judge
Northern District of California



- 3 -

Case No. C 09-02737 WHA