United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION,

    Plaintiff,

  v.

LSI CORPORATION,

    Defendant.
                          /

LSI CORPORATION AND AGERE SYSTEMS, INC.,

    Counterclaimants,

  v.

SANDISK CORPORATION,

    Counterdefendant.
                          /

No. C 09-02737 WHA

**ORDER RESCHEDULING RULE 706 CONFERENCE TO MARCH 3**

      Due to the unavailability of Rule 706 expert candidate Dr. Julius Smith on March 4, 2010, the Rule 706 conference is rescheduled to **1:30 P.M. ON MARCH 3, 2010**.  The parties have indicated that both Dr. Smith and Dr. Chang Y. Choo are available at that time.  Moreover, the presence of the candidates at the technology tutorial may be helpful to the discussion thereafter.

      **IT IS SO ORDERED.**

Dated: March 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE