| | |
|---|---|
| Tharan Gregory Lanier (State Bar No. 138784)<br>tglanier@jonesday.com<br>Gregory L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Daniel H. Mao (State Bar No. 221539)<br>dhmao@jonesday.com<br>Joe C. Liu (State Bar No. 237356)<br>jcliu@jonesday.com<br>Peter D. Nestor (State Bar No. 262253)<br>pnestor@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Plaintiff/Counterdefendant<br>SANDISK CORPORATION | Bruce S. Sostek (pro hac vice)<br>bruce.sostek@tklaw.com<br>Jane Politz Brandt  (pro hac vice)<br>jane.brandt@tklaw.com<br>Herbert J. Hammond (pro hac vice)<br>herbert.hammond@tklaw.com<br>Max Ciccarelli (pro hac vice)<br>max.ciccarelli@tklaw.com<br>Richard L. Wynne, Jr. (pro hac vice)<br>richard.wynne@tklaw.com<br>THOMPSON & KNIGHT LLP<br>1722 Routh St., Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 969-1700<br>Facsimile:   (214) 959-1751<br><br>Attorneys for Defendant/Counterclaimant<br>LSI CORPORATION and Counterclaimant<br>AGERE SYSTEMS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SANDISK CORPORATION,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**LSI CORPORATION,**<br><br>        **Defendant.** | Case No. C09-02737 WHA<br><br>**JOINT REQUEST FOR ORDER TO ENTER COURTHOUSE WITH AUDIO/VISUAL EQUIPMENT FOR USE AT CLAIM CONSTRUCTION TUTORIAL AND HEARING AND [PROPOSED] ORDER**<br><br>Judge: William Alsup<br>Courtroom: 9, 19th Floor<br><br>Hearing Dates: March 3 and 11, 2010<br>Hearing Times: 1:30 P.M. |
| **LSI CORPORATION AND AGERE SYSTEMS INC.,**<br><br>        **Counterclaimants,**<br><br>        **v.**<br><br>**SANDISK CORPORATION,**<br><br>        **Counterdefendant.** | |

Plaintiff-Counterdefendant SanDisk Corporation ("SanDisk") and Defendant-Counterplaintiff LSI Corporation and Counterplaintiff Agere Systems, Inc. (collectively, "LSI"), through their respective counsel, hereby make the following Joint Request for an Order to enter the U.S. District Court for the Northern District of California, San Francisco Division, with audio/visual equipment for use during the claim construction tutorial and hearing.

The claim construction tutorial in this matter is scheduled for March 3, 2010 at 1:30 p.m. (Dkt. No. 78) and the claim construction hearing is scheduled for March 11, 2010 at 1:30 p.m (Dkt. No. 52). The tutorial and the claim construction hearing will occur in the courtroom of Judge William Alsup.

The parties wish to jointly use the following audio/visual equipment to aid in their tutorials and claim construction presentations: (i) laptop computers; (ii) a video projector; (iii) a projection screen; and (iv) miscellaneous connectivity hardware.

Whereas, the U.S. Marshal Service requires a Court Order to enter the U.S. District Court with audio/visual equipment.

**THE PARTIES HEREBY JOINTLY REQUEST:**

The Court grants the proposed Order authorizing SanDisk and LSI to enter the U.S. District Court for the Northern District of California, San Francisco Division, with the following visual equipment: (i) laptop computers; (ii) a video projector; (iii) a projection screen; and (iv) miscellaneous connectivity hardware.

Dated: March 1, 2010                    JONES DAY

By: */s/ Joe C. Liu*
    Joe C. Liu

Attorneys for Plaintiff
SANDISK CORPORATION

C

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: March 1, 2010                THOMPSON & KNIGHT LLP


                                    By:   /s/ Mac Ciccarelli
                                          Max Ciccarelli

                                    Attorneys for LSI CORPORATION AND
                                    AGERE SYSTEMS INC.

**[PROPOSED] ORDER**

Pursuant to the JOINT REQUEST above, the Court hereby orders that SanDisk Corporation, LSI Corporation and Agere Systems Inc., or counsel representing these parties, may enter the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, on March 3 and 11, 2010 with the following audio/visual equipment: (i) laptop computers; (ii) a video projector; (iii) a projection screen; and (iv) miscellaneous connectivity hardware.

**IT IS SO ORDERED.**

Dated: March 1, 2010.     By_____
THE HONORABLE WILLIAM ALSUP
United States District Judge
Northern District of California



- 3 -   JOINT REQUEST FOR ORDER TO ENTER COURTHOUSE WITH A/V EQUIPMENT
Case No. C 09-02737 WHA