IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>LSI CORPORATION,<br><br>    Defendant.<br>_____/<br>LSI CORPORATION AND AGERE SYSTEMS, INC.,<br><br>    Counterclaimants,<br><br>  v.<br><br>SANDISK CORPORATION,<br><br>    Counterdefendants.<br>_____/ | No. C 09-02737 WHA<br><br>**REQUEST TO POTENTIAL RULE 706 EXPERTS** |

    In addition to the fee proposals requested at yesterday's hearing, the two Rule 706 expert candidates should advise the Court (in the same letter) whether they have written any previous expert reports or provided expert testimony that, in their view, would unduly restrict their freedom of movement in arriving at an opinion in this case. The candidates should also advise the Court if they have any pending expert arguments in other matters that would do likewise. The parties shall ensure that the two expert candidates receive this request in due time.

Dated: March 4, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE