IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION,

    Plaintiff,

  v.

LSI CORPORATION,

    Defendant.
_____/

LSI CORPORATION and AGERE SYSTEMS, INC.,

    Counterclaimants,

  v.

SANDISK CORPORATION,

    Counterdefendant.
_____/

No. C 09-02737 WHA

**NOTICE OF SELECTION OF RULE 706 EXPERT**

    The undersigned judge thanks Dr. Chang Choo and Dr. Julius Smith for their willingness to serve as court-appointed experts and for appearing at the March 3 technology tutorial and conference. Both candidates were highly qualified, and the decision to appoint only one expert was difficult. Having considered the availability, hourly rates, and relevant backgrounds of the two candidates, the Court has selected Dr. Chang Choo for appointment as an expert under Rule 706. A formal order of appointment will issue shortly. The parties shall ensure that both Dr. Choo and Dr. Smith receive this notice in a timely manner.

Dated: March 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE