IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION,

    Plaintiff,

v.

LSI CORPORATION,

    Defendant.
   /
LSI CORPORATION AND AGERE SYSTEMS INC.,

    Counterclaimants,

v.

SANDISK CORPORATION,

    Counterdefendant.
   /

No. C 09-02737 WHA

**ORDER REGARDING COMPENSATION FOR RULE 706 EXPERT**

Counsel shall meet and confer with Dr. Chang Choo to ensure that he is compensated for time spent on this matter. The Court will retain jurisdiction to address this issue. Counsel shall file a report demonstrating compliance with this order by **NOON ON TUESDAY, MARCH 23, 2010**.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE