| | |
|---|---|
| Tharan Gregory Lanier (State Bar No. 138784) | Bruce S. Sostek (pro hac vice) |
| tglanier@jonesday.com | bruce.sostek@tklaw.com |
| Gregory L. Lippetz (State Bar No. 154228) | Jane Politz Brandt (pro hac vice) |
| glippetz@jonesday.com | jane.brandt@tklaw.com |
| Daniel H. Mao (State Bar No. 221539) | Herbert J. Hammond (pro hac vice) |
| dhmao@jonesday.com | herbert.hammond@tklaw.com |
| Joe C. Liu (State Bar No. 237356) | Max Ciccarelli (pro hac vice) |
| jcliu@jonesday.com | max.ciccarelli@tklaw.com |
| Peter D. Nestor (State Bar No. 262253) | Richard L. Wynne, Jr. (pro hac vice) |
| pnestor@jonesday.com | richard.wynne@tklaw.com |
| JONES DAY | THOMPSON & KNIGHT LLP |
| 1755 Embarcadero Road | 1722 Routh St., Suite 1500 |
| Palo Alto, CA  94303 | Dallas, Texas 75201 |
| Telephone:     650-739-3939 | Telephone: (214) 969-1700 |
| Facsimile:     650-739-3900 | Facsimile:   (214) 959-1751 |
| | |
| Attorneys for Plaintiff/Counterdefendant | Attorneys for Defendant/Counterclaimant |
| SANDISK CORPORATION | LSI CORPORATION and Counterclaimant |
| | AGERE SYSTEMS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SANDISK CORPORATION,** | Case No. C09-02737 WHA |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
| v. | |
| **LSI CORPORATION,** | |
| **Defendant.** | Judge:  Hon. William Alsup |
| | Courtroom 9, 19th Floor |
| | Date Filed: June 19, 2009 |
| | Trial Date: November 8, 2010 |
| **LSI CORPORATION AND AGERE SYSTEMS INC.,** | |
| **Counterclaimants,** | |
| v. | |
| **SANDISK CORPORATION,** | |
| **Counterdefendant.** | |

Plaintiff SanDisk Corporation ("SanDisk") and Counterclaimants LSI Corporation and Agere Systems Inc. (collectively, "LSI") hereby inform the Court that they have reached an agreement on the terms of dismissal of the actual and potential claims and counterclaims relating to the dispute in the above-titled action and hereby submit this Stipulation of Dismissal and request for an Order dismissing this action with prejudice.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss with prejudice all claims and counterclaims asserted at any time or proposed to be asserted by the parties in this action. The parties further stipulate that this Court shall retain jurisdiction to enforce the terms of settlement agreement between the parties in this action.* The parties agree that each party will bear its own costs and attorneys' fees incurred in connection with this action.

SO STIPULATED.

Dated: March 19, 2010                    JONES DAY

                                         By: /s/ *Gregory L. Lippetz*
                                              Gregory L. Lippetz

                                         Attorneys for Plaintiff
                                         SANDISK CORPORATION

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: March 19, 2010                    THOMPSON & KNIGHT LLP

                                         By: */s/ Richard L. Wynne*
                                              Richard L. Wynne

                                         Attorneys for LSI CORPORATION AND
                                         AGERE SYSTEMS INC.

* The undersigned will only retain jurisdiction for three years.

- 1 -    STIPULATION AND [PROPOSED] ORDER OF
         DISMISSAL WITH PREJUDICE
         Case No. C 09-02737 WHA

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  **THE CLERK SHALL CLOSE THE FILE.**

Dated: March 19, 2010.

By _____
THE HONORABLE WILLIAM ALSUP
United States District Judge
Northern District of California

*APPROVED — Judge William Alsup*

- 2 -   STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. C 09-02737 WHA