IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LSI CORPORATION,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　/<br>AND RELATED COUNTERCLAIMS.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 09-02737 WHA<br><br>**ORDER REGARDING<br>EXPERT COMPENSATION** |

　　　　The undersigned has received the parties' joint report confirming that Dr. Chang Choo has been appropriately compensated for his time. Since this issue has been resolved, there are no outstanding matters requiring the Court's attention. The file is **CLOSED**. The Court thanks Expert Chang Choo and Attorney John Cooper for their assistance in this matter.

　　　　**IT IS SO ORDERED.**

Dated: March 24, 2010.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE